**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-6989
_____

MALCOLM MAXWELL RYIDU-X, a/k/a Richard Edward
Janey,

                              Plaintiff - Appellant,

          versus


MARYLAND  CORRECTIONAL  ADJUSTMENT  CENTER;
THOMAS R. CORCORAN, Former Warden; SEWALL
SMITH,  Warden;  AHAMEFULE  GRANT  EMEZUE,
Corporal,

                              Defendants - Appellees,

          and

MESSINGLY, Corporalm 3 to 11 shift,

                                        Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-03-595-WDQ)

_____

Submitted:  October 14, 2004        Decided:  October 21, 2004

_____

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

Malcolm Maxwell Ryidu-X, Appellant Pro Se.  Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu-X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ryidu-X v. Maryland Corr. Adjustment Ctr., No. CA-03-595-WDQ (D. Md. May 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED